UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No.: 23-CR-20022
U.S. DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

GERALDINE LETMAN,

    Defendant.

_____/

## ORDER REQUIRING DEFENDANT GERALDINE LETMAN'S IN PERSON ATTENDANCE AT COMPETENCY HEARING

On September 27, 2024, Defendant Geraldine Letman contacted the undersigned's staff seeking to confirm whether her in person attendance at the competency hearing set for November 18, 2024 at 10:00 a.m. is required. Accordingly, it is hereby ORDERED that Ms. Letman must attend this hearing in person. Pursuant to Defendant's Appearance Bond Agreement, Ms. Letman's failure to appear in person may result in forfeiture of her bond.

    SO ORDERED.

Dated: September 30, 2024                  /s/Gershwin A. Drain
                                                      GERSHWIN A. DRAIN
                                                      United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
September 30, 2024, by electronic and/or ordinary mail.
/s/ Marlena Williams
Case Manager