UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
      Plaintiff,

                Case No. 23-cr-20022
 -vs-              Hon. Gershwin A. Drain

GERALDINE LETMAN
       Defendant

## MOTION FOR AUTHORIZATION OF TRAVEL AND SUBSISTENCE AT GOVERNMENT EXPENSE

NOW COMES Defendant, GERALDINE LETMAN, by her attorney, HENRY M. SCHARG, and moves this Honorable Court, pursuant to 18 U.S.C. § 4285, for an Order directing the United States Marshal to furnish Defendant, Geraldine Letman and her son, Jamie Letman with round trip transportation and subsistence expenses for a Competency Hearing scheduled before the Court on Thursday, November 18, 2024, and in support of this motion states as follows:

1. The Defendant is charged in the Second Superseding Indictment with Conspiracy to Commit Health Care Fraud, contrary to 21 U.S.C. §1349, and is scheduled to appear before the Hon.

    Gershwin A. Drain for a Competency Hearing on Monday, November 18, 2024.

2. Defendant is represented by counsel appointed under the Criminal Justice Act, 18 U.S.C. § 3006A.

3. That the Defendant has informed her defense counsel that she is indigent and financially unable to provide herself with the necessary transportation to appear before the Hon. Gershwin A. Drain in the U.S. District Court for the Eastern District of Michigan for the scheduled court proceedings and needs her son/caregiver to assist her in her travels.

4. Defendant currently resides in Phoenix, Arizona and reports to U.S. Pretrial Services for the District of Arizona. The Defendant states that she is not only unable to afford the cost of transportation to Detroit, Michigan to attend the court proceeding, but states that she is infirm, not ambulatory, and needs the assistance of her son to act as a caregiver in her travel to Detroit, Michigan.

5. That the interests of justice would be served by ordering the U.S. Marshal to provide for roundtrip transportation and subsistence expenses for the Defendant, Geraldine Letman and her son/caregiver, Jamie Letman for the competency hearing scheduled

on November 18, 2024, out of funds authorized by the Attorney General for such expenses pursuant to 18 U.S.C. § 4285.

6. That pursuant to LR7.1(a)(2)(C), concurrence in this motion has not been sought with the Assistant United States Attorney because of the emergent nature of the relief requested in the motion for travel and subsistence expenses.

WHEREFORE, for the reasons set forth above, Defendant respectfully requests that this Honorable Court enter an Order authorizing the U.S. Marshal to furnish the Defendant, Geraldine Letman and her son/caregiver, Jamie Letman with roundtrip transportation and subsistence expenses from Phoenix, Arizona to Detroit, Michigan on Sunday, November 17, 2024 through Tuesday, November 19, 2024.

    Respectfully submitted:

    s/Henry M. Scharg
    Attorney for Defendant
    30445 Northwestern Hwy, Ste 225
    Farmington Hills, MI 48234
    (248) 515-6720
    E-mail: hmsattyatlaw@aol.com

Dated: October 8, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
        Plaintiff,

-vs-

        Case No. 23-cr-20022
        Hon. Gershwin A. Drain

GERALDINE LETMAN
        Defendant

## BRIEF IN SUPPORT

Defendant Geraldine Letman is charged in the Second Superseding Indictment with Conspiracy to Commit Health Care Fraud. (Second Superseding Indictment, ECF No. 40, Page ID.276). On September 30, 2024, this Court entered an Order directing the Defendant to attend her scheduled November 18, 2024 Competency Hearing in-person. (ECF No. 178, Page ID.1466). Ms. Letman resides in Phoenix, Arizona and has informed counsel that she is not only financially unable to afford the cost of transportation to Detroit, Michigan, to attend the court proceeding, but also states that she is infirm and needs the assistance of her son to provide her with assistance as a caregiver in her travels.

This court has authority to order that Defendant's fare and subsistence be paid pursuant to 18 U.S.C. §4285. That section provides:

> Any judge or magistrate of the United States, when ordering a person released under chapter 207 on a condition of his subsequent appearance before that court, any division of that court, or any court of the United States in another judicial district in which criminal proceedings are pending, may when the interests of justice would be served thereby and the United States judge or magistrate is satisfied, after appropriate inquiry, that the Defendant is financially unable to provide the necessary transportation to appear before the required court on his own, direct the United States marshal to arrange for that person's means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required, and in addition my direct the United States marshal to furnish that person with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code. When so ordered, such expenses shall be paid by the marshal out of funds authorized by the Attorney General for such expenses.

Defendant Letman has been provided counsel at public expense under the Criminal Justice Act, 18 U.S.C. § 3006A due to her indigency and limited resources. The interests of justice would be served by ordering the United States Marshal to furnish Ms. Letman and her son Jamie Letman's roundtrip transportation and subsistence expenses for her attendance at the Competency Hearing scheduled before this Court on November 18, 2024.

WHEREFORE, Defendant Geraldine Letman moves this Honorable Court for an Order directing the U.S. Marshal to furnish travel and subsistence expenses for Defendant Geraldine Letman and her son, Jamie

Letman to attend the Competency Hearing scheduled before this Court on November 18, 2024.

                                                           Respectfully submitted:

                                                           <u>s/Henry M. Scharg</u>
                                                           Attorney for Defendant
                                                           30445 Northwestern Hwy, Ste 225
                                                           Farmington Hills, MI 48334
                                                           (248) 515-6720
                                                           Email: hmsattyatlaw@aol.com

Dated: October 8, 2024

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA
          Plaintiff,

 -vs-                                      Case No.  24-cr-20022
                                                  Hon. Gershwin A. Drain

GERALDINE LETMAN
          Defendant
_____.

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 8, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

                                            /s/Henry M. Scharg (P-28804)
                                            Attorney for Defendant
                                            30445 Northwestern Hwy, Ste 225
                                            Farmington Hills, MI 48334
                                            (248) 515-6720
                                            E-mail: hmsattyatlaw@aol.com

Dated: October 8, 2024